Ernestine HAYDEN, Respondent,

v.

William HAYDEN, Appellant.

No. ED 76149.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 20, 2000.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 3, 2000.

Bernhardt W. Klippel, III, Morris & Klippel, St. Louis, for appellant.

Helton Reed, Jr., St. Louis, for respondent.

Before CRANE, P.J., ROBERT G. DOWD, J. and SULLIVAN, J.

### ORDER

PER CURIAM.

William Hayden (Husband) appeals a Decree of Dissolution ordering him to pay Ernestine Hayden (Wife) the sum of five hundred dollars ($500.00) per month maintenance.

We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not against the weight of the evidence. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo.banc 1976). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).